## 37186. BOWMAN v. BOWMAN.

The judgment is affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED MAY 13, 1981.

*Valianos, Joh & Homer, Christopher J. Valianos, John A. Joh III,* for appellant.

*Westmoreland, Hall, McGee, Warner & Oxford, Harry P. Hall, Jr., Mitchell, Clarke, Pate & Anderson, William M. Pate,* for appellee.